# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3064

_____

ROBERT LEE JONES JR,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

December 4, 2024

PER CURIAM.

Following review of the record and proceedings below for fundamental error pursuant to *Anders v. California*, 386 U.S. 738 (1967), we find none. We affirm Appellant's judgment and sentence but remand for the correction of a scrivener's error in the revocation order. The order details that Appellant entered a nolo contendere plea to his probation violation charge, but the record establishes that Appellant contested the charge and was ultimately found in violation after an evidentiary hearing. Remand is appropriate for entry of a corrected revocation order consistent with this opinion. *See S.C. v. State*, 322 So. 3d 228, 229 (Fla. 1st DCA 2021) (affirming judgment, sentence, and revocation order but remanding for entry of corrected revocation order); *Enno v. State*, 59 So. 3d 149, 149–50 (Fla. 1st DCA 2011). Appellant need

not be present for this ministerial correction to the order. *See Wolk v. State*, 320 So. 3d 230, 230–31 (Fla. 1st DCA 2021); *Harvis v. State*, 252 So. 3d 418, 418 (Fla. 1st DCA 2018).

AFFIRMED, and REMANDED for entry of a corrected revocation order.

B.L. THOMAS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert Lee Jones, Jr., pro se, Appellant.

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.